**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Rodolfo Tineo, Individually and on behalf of All Other Employees Similarly Situated<br><br>         Plaintiffs,<br><br>     - against -<br><br>Alexander Holdings, LLC, Alexander Holdings II, LLC, Ira Sumkin and Adrian "Doe"<br><br>         Defendants. | Case No. 1:19-cv-02985<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

  PLEASE TAKE NOTICE that the undersigned, Keli Liu, is going to end her employment with Hang & Associates PLLC on November 27, 2019. Hang & Associates PLLC will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

  WHEREFORE, undersigned counsel and the Plaintiff respectfully request that this Court permit her to withdraw as attorney for the Plaintiff and remove her from the docket in the above referenced matter.

  The undersigned appreciates the Court's time and attention to this matter.


Dated: November 25, 2019
   Flushing, New York

                     **HANG & ASSOCIATES, PLLC**

                     By: /s/ *Keli Liu*
                     Keli Liu, Esq.
                     136-20 38th Ave. Suite 10G
                     Flushing, New York 11354
                     Tel: (718) 353-8588
                     Kliu@hanglaw.com
                     *Attorneys for Plaintiffs*